

# United States District Court
# Eastern District of California

Chingis Gariaev

Plaintiff(s)

V.

Warden et al.

Defendant(s)

Case Number: 1:26-cv-00826-TLN-DMC

APPLICATION FOR PRO HAC VICE
AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Eric Lee hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Chingis Gariaev

On 01/30/2026 (date), I was admitted to practice and presently in good standing in the Michigan (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 01/30/2026          Signature of Applicant: /s/ Eric Lee

**Pro Hac Vice Attorney**

Applicant's Name: Eric Lee

Law Firm Name: Lee & Godshall-Bennett, LLP

Address: 24225 W 9 Mile Rd.

Ste 140

City: Southfield          State: MI     Zip: 48033

Phone Number w/Area Code: (248) 602-0936

City and State of Residence: Southfield, MI

Primary E-mail Address: Eric@leegodshallbennett.com

Secondary E-mail Address: Eric@consularaccountability.org

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Sabrina Damast

Law Firm Name: Law Office of Sabrina Damast

Address: 510 W. 6th St.

Ste 330

City: Los Angeles          State: CA     Zip: 90014

Phone Number w/Area Code: (323) 475-8716          Bar # 305710

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: February 2, 2026

_____
JUDGE, U.S. DISTRICT COURT